STATE OF NEW JERSEY v. JOSEPH P. BOLGER.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MANSOUR.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK P. CARDAMONE, *ET AL.*

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DRAUGHN.

April 18, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. JESSIE DEVORE.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN BROWN.

April 18, 1972. Petition for certification denied.